SCWC-14-0000425

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ANNETTE DUNG,
Respondent/Petitioner-Appellee/Cross-Appellant,

vs.

DONNA LEE CHING,
Petitioner/Respondent-Appellant/Cross-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000425; CIV. NO. 1SS-1-00623)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Pollack, and Wilson, JJ.,
Circuit Judge Ahn, in place of Recktenwald, C.J., recused,
and Circuit Judge Crabtree, in place of McKenna, J., recused)

Petitioner/Respondent-Appellant/Cross-Appellee Donna

Lee Ching's application for writ of certiorari filed on

September 18, 2015, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 29, 2015.

Rebecca A. Copeland
for petitioner

David J. Minkin and
Jesse J.T. Smith
for respondent

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Karen S.S. Ahn

/s/ Jeffrey P. Crabtree

